# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> vs. <br><br> **Allitcon Inc.**, a California Corporation, <br><br> Defendants. | Case No. 3:21-CV-08593-MMC <br><br> **[Proposed]** **Order Extending Time to Hold the Joint Site Inspection to November 18, 2022** |

Upon review of the Stipulation to Extend Time to Hold the Joint Site Inspection to November 18, 2022 filed by the Parties in this action, and finding good cause for the extensions for the reasons stated in said stipulation,

**IT IS HEREBY ORDERED** that the last date for the Parties to hold the Joint Site Inspection in this action is continued to November 18, 2022, and that all dates and deadlines based on the Joint Site Inspection deadline are similarly extended.

Dated: 9/13/2022

_____
United States District Court, Northern District of California
Hon. Judge Maxine Chesney